PEOPLE ex rel. CAMPBELL v. BOARD OF POLICE COM'RS OF CITY OF SCHENECTADY et al. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by the people of the state of New York, on the relation of William L. Campbell, against the board of police commissioners of the city of Schenectady, Jacob W. Clute, and others. No opinion. Motion granted.